UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF SAN BERNARDINO, a California municipal corporation, on behalf of the PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff and Petitioner,<br><br>v.<br><br>JANET SUMMERFIELD, an individual; and DOES 1 to 25, inclusive,<br><br>Defendant.<br><br>―――――――――――<br><br>JANET SUMMERFIELD, an individual,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CITY OF SAN BERNARDINO, a California municipal corporation; et al.<br><br>Counterclaim Defendants. | Case No. 5:22-cv-01428-MCS-SHK<br>Judge: Hon. Mark C. Scarsi<br><br>**[PROPOSED] ORDER ON STIPULATION RE: AWARD OF FEES AND COSTS TO CITY OF SAN BERNARDINO (ECF No. 47)**<br><br>Remand Ordered: October 6, 2022 |

- 1 –

# **ORDER**

In accordance with the stipulation of the parties, and good cause appearing therefor, the Court orders the following:

1. The Court awards the City of San Bernardino reasonable attorney's fees in the amount of $10,043.10, and costs in the amount of $28.50, for a total amount of **$10,071.60**.

**IT IS SO ORDERED.**

October 31, 2022
Date

*Mark C. Scarsi*
Mark C. Scarsi
United States District Judge